THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TITO ROOSEVELT, Also Known as SAMUEL GAMBLIN, Appellant. (Appeal No. 2.) [999 NYS2d 912]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered March 18, 2013. The judgment convicted defendant, upon his plea of guilty, of promoting prison contraband in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Roosevelt* ([appeal No. 1] 125 AD3d 1452 [2015]). Present—Centra, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.